UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| v. | ) | Case No. CR416-352 |
| MICHAEL BEVANS-SILVA, | ) | |
| Defendant. | ) | |

### O R D E R

Application for leave of absence has been requested by Laura G. Hastay for the period of Tuesday, January 17, 2017 through and including Wednesday, January 18, 2017.

The above and foregoing request for leave of absence is approved; however, the attorney must make arrangements for other counsel in the event the case is scheduled for hearing or trial during such leave.

SO ORDERED this  5th  day of January, 2017.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA